**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**
**Newark DIVISION**

In re: 601 LEHIGH ASSOCIATES, LLC                §        Case No. 14-20171
                                                                          §
                                                                          §
                                                                          §
           Debtor(s)

---

**CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION**
**REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY**
**ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)**

Eric  R. Perkins, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | |
|---|---|
| Assets Abandoned:  $0.00 | Assets Exempt:  N/A |
| *(without deducting any secured claims)* | |
| Total Distributions to Claimants:  $15,628.53 | Claims Discharged<br>Without Payment:  N/A |
| Total Expenses of Administration:  $35,376.70 | |

3) Total gross receipts of $51,005.23 (see **Exhibit 1**), minus funds paid to the debtor and third parties of $0.00 (see **Exhibit 2**), yielded net receipts of $51,005.23 from the liquidation of the property of the estate, which was distributed as follows:

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $7,509,757.06 | $45,235.37 | $0.00 | $0.00 |
| PRIORITY CLAIMS: | | | | |
| CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | $0.00 | $35,376.70 | $35,376.70 | $35,376.70 |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) | $0.00 | $0.00 | $0.00 | $0.00 |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | $496,281.76 | $0.00 | $0.00 | $0.00 |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | $81,300.75 | $63,564.93 | $59,484.53 | $15,628.53 |
| **TOTAL DISBURSEMENTS** | $8,087,339.57 | $144,177.00 | $94,861.23 | $51,005.23 |

4) This case was originally filed under chapter 7 on 05/20/2014, and it was converted to chapter 7 on 09/09/2014.  The case was pending for 79 months.

5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated:    03/24/2021                    By: /s/ Eric  R. Perkins
                                            Trustee

**STATEMENT This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.**

**EXHIBITS TO
FINAL ACCOUNT**

## EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE[1] | $ AMOUNT RECEIVED |
|---|---|---|
| Rent collected | 1222-000 | $51,000.00 |
| PSE&G Customer Refund | 1249-000 | $5.23 |
| **TOTAL GROSS RECEIPTS** | | **$51,005.23** |

*[1]The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.*

## EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| | | None | |

## EXHIBIT 3 - SECURED CLAIMS

| Claim NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 8 | Township Of Union | 4700-000 | $0.00 | $45,235.37 | $0.00 | $0.00 |
| N/F | TD Bank, N.A. c/o Greenbaum, Rowe, Smith & Davis | 4110-000 | $7,509,757.06 | NA | NA | NA |
| | **TOTAL SECURED** | | **$7,509,757.06** | **$45,235.37** | **$0.00** | **$0.00** |

UST Form 101-7-TDR ( 10 /1/2010)

## EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| Trustee, Fees - ERIC R. PERKINS | 2100-000 | NA | $5,800.00 | $5,800.00 | $5,800.00 |
| Trustee, Expenses - ERIC R. PERKINS | 2200-000 | NA | $18.96 | $18.96 | $18.96 |
| Fees, United States Trustee | 2950-000 | NA | $650.00 | $650.00 | $650.00 |
| Bond Payments - BOND | 2300-000 | NA | $5.23 | $5.23 | $5.23 |
| Bond Payments - INTERNATIONAL SURETIES, LTD. | 2300-000 | NA | $83.78 | $83.78 | $83.78 |
| Costs to Secure/Maintain Property - NEW JERSEY AMERICAN WATER | 2420-000 | NA | $1,937.37 | $1,937.37 | $1,937.37 |
| Banking and Technology Service Fee - Rabobank, N.A. | 2600-000 | NA | $1,176.45 | $1,176.45 | $1,176.45 |
| Attorney for Trustee Fees (Other Firm) - HELLRING, LINDEMAN, GOLDSTEIN & SIEGAL, LLP | 3210-000 | NA | $22,272.50 | $22,272.50 | $22,272.50 |
| Attorney for Trustee Expenses (Other Firm)  - HELLRING, LINDEMAN, GOLDSTEIN & SIEGAL, LLP | 3220-000 | NA | $62.06 | $62.06 | $62.06 |
| Accountant for Trustee Fees (Other Firm) - BEDERSON & COMPANY, LLP | 3410-000 | NA | $3,330.50 | $3,330.50 | $3,330.50 |
| Accountant for Trustee Expenses (Other Firm) - BEDERSON & COMPANY, LLP | 3420-000 | NA | $39.85 | $39.85 | $39.85 |
| **TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES** | | **NA** | **$35,376.70** | **$35,376.70** | **$35,376.70** |

## EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| None | | | | | |

**EXHIBIT 6 – PRIORITY UNSECURED CLAIMS**

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| N/F | State of NJ-DEP | 5800-000 | $495,000.00 | NA | NA | NA |
| N/F | Township of Union Sewer Authority | 5100-000 | $1,281.76 | NA | NA | NA |
| | **TOTAL PRIORITY UNSECURED CLAIMS** | | **$496,281.76** | **$0.00** | **$0.00** | **$0.00** |

**EXHIBIT 7 – GENERAL UNSECURED CLAIMS**

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 1 | Township Of Union | 7100-000 | $1,281.76 | $2,385.66 | $0.00 | $0.00 |
| 2 | Elizabethtown Gas | 7100-000 | $33,078.29 | $6,652.36 | $6,652.36 | $1,747.79 |
| 3 | PSE&G | 7100-000 | $36,157.44 | $18,731.10 | $18,731.10 | $4,921.27 |
| 4 | New Jersey American Water | 7100-000 | $973.92 | $1,283.13 | $0.00 | $0.00 |
| 5 | New Jersey American Water | 7100-000 | $973.92 | $411.61 | $0.00 | $0.00 |
| 6 | Internal Revenue Service | 7100-000 | $0.00 | $15,029.15 | $15,029.15 | $3,948.65 |
| 7 | Direct Energy Business | 7100-000 | $8,835.42 | $19,071.92 | $19,071.92 | $5,010.82 |
| | **TOTAL GENERAL UNSECURED CLAIMS** | | **$81,300.75** | **$63,564.93** | **$59,484.53** | **$15,628.53** |

**Form 1**

## Individual Estate Property Record and Report

## Asset Cases

Exhibit 8

Page: 1

**Case No.:** 14-20171

**Case Name:** 601 LEHIGH ASSOCIATES, LLC

**For Period Ending:** 03/24/2021

**Trustee Name:** (500310) Eric R. Perkins

**Date Filed (f) or Converted (c):** 09/09/2014 (c)

**§ 341(a) Meeting Date:** 10/16/2014

**Claims Bar Date:** 01/14/2015

| Ref. # | 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property) | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By<br>Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property Formally<br>Abandoned<br>OA=§554(a)<br>abandon. | 5<br>Sale/Funds<br>Received by the<br>Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|---|
| 1 | Property: 601 Lehigh Avenue, Union, NJ | Unknown | 0.00 | | 0.00 | FA |
| 2 | Rent collected (u) | Unknown | Unknown | | 51,000.00 | FA |
| 3 | PSE&G Customer Refund (u) | 0.00 | 14,585.52 | | 5.23 | FA |
| **3** | **Assets Totals (Excluding unknown values)** | **$0.00** | **$14,585.52** | | **$51,005.23** | **$0.00** |

**Major Activities Affecting Case Closing:**

Prepare TDR.

**Initial Projected Date Of Final Report (TFR):** 12/31/2016

**Current Projected Date Of Final Report (TFR):** 05/27/2016 (Actual)

03/24/2021

Date

/s/Eric R. Perkins

Eric R. Perkins

# Form 2

Exhibit 9

Page: 1

## Cash Receipts And Disbursements Record

| | | |
|---|---|---|
| Case No.: | 14-20171 | |
| Case Name: | 601 LEHIGH ASSOCIATES, LLC | |
| Taxpayer ID #: | **-***6054 | |
| For Period Ending: | 03/24/2021 | |

| | |
|---|---|
| Trustee Name: | Eric R. Perkins (500310) |
| Bank Name: | Mechanics Bank |
| Account #: | ******8866 Checking Account |
| Blanket Bond (per case limit): | $5,000,000.00 |
| Separate Bond (if applicable): | N/A |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Trans. Date | Check or Ref. # | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposit $ | Disbursement $ | Account Balance |
| 11/07/14 | {2} | GOLD & REISS, LLC | NOVEMBER RENT | 1222-000 | 17,000.00 | | 17,000.00 |
| 11/28/14 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 13.85 | 16,986.15 |
| 12/05/14 | {2} | GOLD & REISS LLC | DECEMBER RENT | 1222-000 | 17,000.00 | | 33,986.15 |
| 12/31/14 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 46.43 | 33,939.72 |
| 01/14/15 | {2} | GOLD & REISS LLC | JANUARY RENT | 1222-000 | 17,000.00 | | 50,939.72 |
| 01/14/15 | 101 | NEW JERSEY AMERICAN WATER | ACCOUNT NO. ****-*******9589 | 2420-000 | | 1,937.37 | 49,002.35 |
| 01/30/15 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 60.39 | 48,941.96 |
| 02/27/15 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 65.70 | 48,876.26 |
| 03/31/15 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 74.98 | 48,801.28 |
| 04/30/15 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 70.19 | 48,731.09 |
| 05/29/15 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 67.75 | 48,663.34 |
| 06/30/15 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 74.65 | 48,588.69 |
| 07/31/15 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 72.21 | 48,516.48 |
| 08/31/15 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 67.45 | 48,449.03 |
| 09/30/15 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 74.33 | 48,374.70 |
| 10/30/15 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 69.57 | 48,305.13 |
| 11/30/15 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 67.16 | 48,237.97 |
| 12/31/15 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 76.32 | 48,161.65 |
| 01/29/16 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 66.78 | 48,094.87 |
| 02/17/16 | 102 | INTERNATIONAL SURETIES, LTD. | BOND #016026384 | 2300-000 | | 83.78 | 48,011.09 |
| 03/01/16 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 66.67 | 47,944.42 |
| 03/31/16 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 75.65 | 47,868.77 |
| 04/29/16 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 66.37 | 47,802.40 |
| 08/19/16 | 103 | BEDERSON & COMPANY, LLP | PAYMENT OF FEES PURSUANT TO COURT ORDER DATED 4-06-16 | 3410-000 | | 3,330.50 | 44,471.90 |
| 08/19/16 | 104 | BEDERSON & COMPANY, LLP | PAYMENT OF EXPENSES PURSUANT TO COURT ORDER DATED 4-06-16 | 3420-000 | | 39.85 | 44,432.05 |
| 08/19/16 | 105 | HELLRING, LINDEMAN, GOLDSTEIN & SIEGAL, LLP | PAYMENT OF FEES PURSUANT TO COURT ORDER DATED 3-02-16 | 3210-000 | | 22,272.50 | 22,159.55 |

Page Subtotals:     $51,000.00     $28,840.45

{ } Asset Reference(s)        UST Form 101-7-TDR ( 10 /1/2010)        ! - transaction has not been cleared

## Form 2

Exhibit 9

### Cash Receipts And Disbursements Record

Page: 2

| Case No.: | 14-20171 | | Trustee Name: | Eric  R. Perkins (500310) |
|---|---|---|---|---|
| Case Name: | 601 LEHIGH ASSOCIATES, LLC | | Bank Name: | Mechanics Bank |
| Taxpayer ID #: | **-***6054 | | Account #: | ******8866 Checking Account |
| For Period Ending: | 03/24/2021 | | Blanket Bond (per case limit): | $5,000,000.00 |
| | | | Separate Bond (if applicable): | N/A |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Trans. Date | Check or Ref. # | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposit $ | Disbursement $ | Account Balance |
| 08/19/16 | 106 | HELLRING, LINDEMAN, GOLDSTEIN & SIEGAL, LLP | PAYMENT OF EXPENSES PURSUANT TO COURT ORDER DATED 3-02-16 | 3220-000 | | 62.06 | 22,097.49 |
| 08/19/16 | 107 | ERIC R. PERKINS | PAYMENT OF COMPENSATION PURSUANT TO COURT ORDER DATED 8-19-16 | 2100-000 | | 5,800.00 | 16,297.49 |
| 08/19/16 | 108 | ERIC R. PERKINS | PAYMENT OF EXPENSES PURSUANT TO COURT ORDER DATED 8-19-16 | 2200-000 | | 18.96 | 16,278.53 |
| 08/19/16 | 109 | U. S. TRUSTEE | PAYMENT OF QUARTERLY FEES | 2950-000 | | 650.00 | 15,628.53 |
| 08/19/16 | 110 | ELIZABETHTOWN GAS | PAYMENT TO UNSECURED CREDITOR | 7100-000 | | 1,747.79 | 13,880.74 |
| 08/19/16 | 111 | PSE&G | PAYMENT TO UNSECURED CREDITOR | 7100-000 | | 4,921.27 | 8,959.47 |
| 08/19/16 | 112 | INTERNAL REVENUE SERVICE | PAYMENT TO UNSECURED CREDITOR | 7100-000 | | 3,948.65 | 5,010.82 |
| 08/19/16 | 113 | DIRECT ENERGY BUSINESS | PAYMENT TO UNSECURED CREDITOR | 7100-000 | | 5,010.82 | 0.00 |

|  | COLUMN TOTALS | 51,000.00 | 51,000.00 | $0.00 |
|---|---|---|---|---|
| | Less: Bank Transfers/CDs | 0.00 | 0.00 | |
| | Subtotal | 51,000.00 | 51,000.00 | |
| | Less: Payments to Debtors | | 0.00 | |
| | NET Receipts / Disbursements | $51,000.00 | $51,000.00 | |

# Form 2

Exhibit 9

## Cash Receipts And Disbursements Record

Page: 3

| | |
|---|---|
| Case No.: | 14-20171 |
| Case Name: | 601 LEHIGH ASSOCIATES, LLC |
| Taxpayer ID #: | **-***6054 |
| For Period Ending: | 03/24/2021 |

| | |
|---|---|
| Trustee Name: | Eric  R. Perkins (500310) |
| Bank Name: | Metropolitan Commercial Bank |
| Account #: | ******3219 Checking |
| Blanket Bond (per case limit): | $5,000,000.00 |
| Separate Bond (if applicable): | N/A |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Trans. Date | Check or Ref. # | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposit $ | Disbursement $ | Account Balance |
| 11/22/19 | {3} | PSE&G | CUSTOMER REFUND ON ACCOUNT NO. *********2706 | 1249-000 | 14,585.52 | | 14,585.52 |
| 02/05/20 | 101 | INTERNATIONAL SURETIES, LTD. | BLANKET BOND #016026384; TERM 01/01/2020 to 01/01/2021 | 2300-000 | | 5.23 | 14,580.29 |
| 07/10/20 | 102 {3} | ENTERPRISE REALTY ASSOCIATES, LLC | PAYMENT APPROVED AS PER CONSENT ORDER ENTERED BY THE COURT ON 6/30/20 AS DOC NO. 90. | 1249-000 | -14,580.29 | | 0.00 |

|  |  |  |  |
|---|---|---|---|
| COLUMN TOTALS | | 5.23 | 5.23 | $0.00 |
| Less: Bank Transfers/CDs | | 0.00 | 0.00 | |
| Subtotal | | 5.23 | 5.23 | |
| Less: Payments to Debtors | | | 0.00 | |
| NET Receipts / Disbursements | | $5.23 | $5.23 | |

Exhibit 9
Page:  4

## Form 2
## Cash Receipts And Disbursements Record

| | | | |
|---|---|---|---|
| **Case No.:** | 14-20171 | **Trustee Name:** | Eric  R. Perkins (500310) |
| **Case Name:** | 601 LEHIGH ASSOCIATES, LLC | **Bank Name:** | Metropolitan Commercial Bank |
| **Taxpayer ID #:** | **-***6054 | **Account #:** | ******3219 Checking |
| **For Period Ending:** | 03/24/2021 | **Blanket Bond (per case limit):** | $5,000,000.00 |
| | | **Separate Bond (if applicable):** | N/A |

| | |
|---|---|
| Net Receipts: | $51,005.23 |
| Plus Gross Adjustments: | $0.00 |
| Less Payments to Debtor: | $0.00 |
| Less Other Noncompensable Items: | $0.00 |
| Net Estate: | $51,005.23 |

| TOTAL - ALL ACCOUNTS | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCES |
|---|---|---|---|
| ******8866 Checking Account | $51,000.00 | $51,000.00 | $0.00 |
| ******3219 Checking | $5.23 | $5.23 | $0.00 |
| | $51,005.23 | $51,005.23 | $0.00 |

| | |
|---|---|
| 03/24/2021 | /s/Eric  R. Perkins |
| Date | Eric  R. Perkins |